IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Casualty and Surety Company of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Michael L Peek, et al.,<br><br>          Defendants. | No. CV-18-00009-PHX-SPL<br><br>**ORDER** |

In July 2015, the United States Bankruptcy Court for the District of Nevada entered a stipulated judgment against Defendants and in favor of Plaintiff for $1,084,667.42 (Doc. 1 at 2-3). Plaintiff registered the judgment in this Court in February 2018 (Doc. 4). A writ was issued for the garnishment of Judgment-Debtor Michael Peek's non-exempt earnings at Morris-Shea Bridge Company, Inc. ("Garnishee") (Doc. 6). Garnishee filed an Answer (Doc. 9), and the Defendants/Judgement-Debtors, Michael Peek and Brenda Peek, filed a Motion to Quash (Doc. 10).

The Honorable Eileen S. Willett, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 20), recommending that the Court deny the Judgment-Debtors' Motion (Doc. 10). The Judgment-Debtors filed an Objection (Doc. 21), and the Plaintiff/Judgement-Creditor filed a Response to the Objection (Doc. 22).

The Court has undertaken an extensive review of the issues presented in the Objection (Doc. 21) and Response to the Objection (Doc. 22). Upon that review, the Court concludes that Magistrate Judge Willett's recommendations are wholly supported. The

Court thus adopts Judge Willett's R&R and the underlying reasoning. Accordingly,

**IT IS ORDERED** that Magistrate Judge Eileen S. Willett's Report and Recommendation (Doc. 20) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Defendants' Objection to the R&R (Doc. 21) is **overruled**.

**IT IS FURTHER ORDERED** that the Motion to Quash (Doc. 10) is **denied**.

Dated this 1st day of August, 2019.

Honorable Steven P. Logan
United States District Judge